UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ANTHONY NIKA,                        )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )   Case No.    21-cv-3049-SEM-TSH
                                     )
SPRINGFIELD PUBLIC SCHOOL DISTRICT    )
186, ET AL.,                         )
                                     )
        Defendants.                  )

**Stipulation for Dismissal**

The parties, through their respective counsel, request that this Court enter an order dismissing this matter in its entirety and with prejudice. The parties further request that an order be entered directed that the parties pay their own costs.


ANTHONY NIKA

By: ?s/ John A. Baker
        His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
(T)     (217) 522-3445
(F)     (217) 522-8234
(E)     jab@bbklegal.com

Springfield Public School District 186

By: /s/ David A. Izzo

David A. Izzo
Law Office of David A. Izzo
33 North Dearborn Street, Suite 1650
Chicago, Illinois. 60602
Telephone:   (312) 706-1901
Facsimile:   (855) 283-6875
Email:       David.izzo@selective.com

## Certificate of Service

This document was filed utilizing the Court's ECF system. A copy will automatically be served on all counsel of record. No copies have been served via any alternative method of service.

          Anthony Nika

          By: /s/ John A. Baker
              His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:  (217) 522-3445
Facsimile:  (217) 522-8234
E-mail:  jab@bbklegal.com